JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL FOSTER, | ) | No. CV 18-6422-SJO (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| MICHAEL MARTEL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: March 18, 2019.

_____
HONORABLE S. JAMES OTERO
SENIOR UNITED STATES DISTRICT JUDGE